# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**CLOSED**

| | | |
|---|---|---|
| **LESLIE UFONDU** | : | |
| Plaintiff(s), | : | Civ. No. 21-15743 (SDW) |
| V. | : | **ORDER DISMISSING CASE** |
| **KOPLAN WELSH AND ASSOCIATES LLC** | : | **PURSUANT TO L. CIV. R. 41.1** |
| Defendant(s) | : | |

It appearing to the Court that the above case has been pending for more than 90 days without any proceeding having taken therein and no objection having been entered at a call of the calendar;

It is this 7th day of March, 2022;

**ORDERED** that the above case be and the same hereby is dismissed accordance with L. Civ. R. 41.1 without prejudice and without costs to either party.

*s/ Susan D. Wigenton*
Hon. Susan D. Wigenton
United States District Judge